# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/2/2015 9:52:17 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If Known): 12-14-00156-CV

Trial Court Style:  Inez Manigault vs. Jane Thorn Henderson

Trial Court & County:  <u>Nacogdoches County, Texas</u>  Trial Court No.: C1228525

Date Trial Clerk's Record Originally Due:  Unknown

Date Court Reporter's Record Originally Due:  January 30, 2015

Anticipated Number of Pages of Record:  263

I am responsible for preparing a record in this appeal, but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply – attach additional pages if necessary.)


_____ To the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

_____ My duties listed below preclude working on this record:


_____ Other. (Explain.):  When I contacted Ms. Manigault early last week to let her know that the record was ready and the balance due, she informed me that she did not have the money to finish paying for the record yet but expected to have it by February 18th.  She stated that she had just had to pay her daughter's tuition to Stephen F. Austin State University and was therefore short of funds at this time.

She further told me that she would be seeking an extension.  However, when I called the 12th Court of Appeals to check, I was told she had not done so and was instructed that I should file one if she did not provide payment on the due date of January 30, 2015.  She did not.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by the date Ms. Manigault finishes paying for the record, which I hope to be on or before February 18, 2015; and I hereby request an additional 16 days within which to file it.  TEX.R.APP.P. 37.3.

In compliance with REX.R.APP.P 9.5(e), I certify that a copy of this notice has been served on all counsel for all parties to the trial Court's judgment

or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

In compliance with TEX.R.APP.P.9.5(e), I certify that a copy of this notice has been served on all counsel for all parties to the trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.


 /S/Candace A. Parke                                    February 2, 2015
Candace A. Parke, CSR
Official Reporter, 145th District Court
Phone:  936.560.7799
cparke@co.nacogdoches.tx.us

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler 12-3-97/Rev. 5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:
     *Certificate Requirements:* A certificate of service must be signed by the person who made the service and must state:
     (1)    The date and manner of service;
     (2)    The name and address of each person served; and
     (3)    If the person served is a party's attorney, the name of the party represented by that attorney.


The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for Appellant(s):          Lead Counsel for Appellee(s):
Ms. Inez Manigault                      Mr. Clay White
Pro Se Plaintiff                        White-Shaver, P.C.
P. O. Box 81922                         205 W. Locust Street
Atlanta, GA 30366                       Tyler, TX
Phone:  678.547.3914                    Phone:  903.533.9447


Additional Information, if any:
None.